# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135501

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                 SC: 135501
                                 COA: 271738

HYROSHA RENOD WILSON,
    Defendant-Appellant.
                                 Muskegon CC: 05-052364-FC

_____/

      On order of the Court, the application for leave to appeal the November 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

d0421

Clerk